# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Susan Iliff; Betty Lees; Linda Cobb; Nancy Lawrence; Patricia Johnson; Gwenneth Larson; Patricia Noel; Sharifah Doyle-El; and HOME Line, a Minnesota Nonprofit Corporation, on behalf of themselves and all others similarly situated,

Court File No.: _____

Plaintiffs,

**NOTICE OF REMOVAL**

vs.

Dominium Management Services, LLC; St. Anthony Leased Housing Development II, LLC; St. Anthony Leased Housing Associates II, Limited Partnership; St. Anthony Leased Housing Associates II, LLC; Coon Rapids Leased Housing Development IV, LLC; Coon Rapids Leased Housing Associates IV, LLLP; Coon Rapids Leased Housing Associates IV, LLC; St. Paul Leased Housing Development VI, LLC; St. Paul Leased Housing Associates VI, LLLP; St. Paul Leased Housing Associates VI, LLC; Crystal Leased Housing Development I, LLC; Crystal Leased Housing Associates I, LLLP; Crystal Leased Housing Associates I, LLC; Cottage Grove Leased Housing Development I, LLC; Cottage Grove Leased Housing Associates I, LLLP; Cottage Grove Leased Housing Associates I, LLC; Woodbury Leased Housing Development II, LLC; Woodbury Leased Housing Associates II, LLLP; Woodbury Leased Housing Associates II, LLC; Minneapolis Leased Housing Development IX, LLC; Minneapolis Leased Housing Associates IX, LLLP;

Minneapolis Leased Housing Associates
IX, LLC; Minneapolis Leased Housing
Development IV, LLC; Minneapolis
Leased Housing Associates IV, Limited
Partnership; Minneapolis Leased Housing
Associates IV, LLC; St. Paul Leased
Housing Development IX, LLC; St. Paul
Leased Housing Associates IX, LLLP; St.
Paul Leased Housing Associates IX, LLC;
St. Paul Leased Housing Development X,
LLC; St. Paul Leased Housing Associates
X, LLLP; St. Paul Leased Housing
Associates X, LLC; St. Paul Leased
Housing Development VIII, LLC; St. Paul
Leased Housing Associates VIII, LLLP;
St. Paul Leased Housing Associates VIII,
LLC; Champlin Leased Housing
Development IV, LLC; Champlin Leased
Housing Associates IV, LLLP; Champlin
Leased Housing Associates IV, LLC;
Columbia Heights Leased Housing
Development III, LLC; Columbia Heights
Leased Housing Associates III, LLLP;
Columbia Heights Leased Housing
Associates III, LLC; Lexington Leased
Housing Development I, LLC; Lexington
Leased Housing Associates I, LLLP;
Lexington Leased Housing Associates I,
LLC; Blaine Leased Housing
Development III, LLC; Blaine Leased
Housing Associates III, LLLP; Blaine
Leased Housing Associates III, LLC;
Spring Lake Park Leased Housing
Development I, LLC; Spring Lake Park
Leased Housing Associates I, LLLP;
Spring Lake Park Leased Housing
Associates I, LLC; Minnetonka Leased
Housing Development II, LLC;
Minnetonka Leased Housing Associates
II, LLLP; Minnetonka Leased Housing
Associates II, LLC; St. Cloud Leased
Housing Development III, LLC; St. Cloud
Leased Housing Associates III, LLLP; St.

Cloud Leased Housing Associates III,
LLC; Dominium Development &
Acquisition, LLC; Dominium, Inc.,
Dominium Holdings I, LLC; and
Dominium Holdings II, LLC,

                    Defendants.

_____

Defendants collectively, by and through their undersigned attorneys, and pursuant

to 28 U.S.C. §§ 1331, 1441(a), 1453(b), and 1446, hereby serve and file their Notice of

Removal ("Notice") and, in support thereof, state:

1.      A true and correct copy of the Summons and Complaint is attached hereto as

**Exhibit A**.  Plaintiffs served the Summons and Complaint on February 4, 2021.  By serving

the Summons and Complaint upon Defendants, Plaintiffs purported to commence an action

in the Hennepin County District Court, State of Minnesota (the "State Court Action").  As

of the date of this filing, the Complaint has not been filed with the Hennepin County

District Court.

2.      The Complaint alleges that Defendants are in violation of 26 U.S.C. § 42 of

the Internal Revenue Code also known as the Low Income Housing Tax Credit Program.

3.      Specifically, the Complaint alleges that Defendants fraudulently

misrepresented development costs to the government (by way of the Allocators) for the

purposes of receiving low income tax credits relating to parking construction costs as part

of calculating its eligible basis for tax credits for various development projects per 26

U.S.C. § 42(d)(4)(B).

4.      Defendants have not pled, answered, or otherwise appeared in the State Court Action.

5.      Defendants jointly consent to the removal of this action.

6.      Pursuant to 28 U.S.C. § 1331, 1441(a) and 1453(b), Defendants may remove this action without regard to whether any Defendant is a citizen of Minnesota.

## TIMELINESS OF REMOVAL

7.      Plaintiffs served the Summons and Complaint on February 4, 2021.

8.      This Notice is being filed within 30 days of the date on which the Summons and Complaint was first served and, therefore, is timely filed under 28 U.S.C. § 1446(b).

## Removal Is Appropriate Under 28 U.S.C. § 1331 As The Action Necessarily Raises a Federal Question

9.      This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 as the allegations in the Complaint necessarily raise a federal question requiring the Court to interpret, as well as review the application process for, low income tax credits under 26 U.S.C.§ 42 of the Internal Revenue Code.

10.     Although the Complaint purportedly brings claims under state law for consumer protection and unjust enrichment, the Complaint necessarily raises a federal question by its allegations that Defendants fraudulently misrepresented their development costs to the government (by way of the Allocators) for the purposes of receiving low income tax credits relating to parking construction costs as part of calculating the eligible basis for tax credits for their various development projects per 26 U.S.C. § 42(d)(4)(B).

11.     The alleged violations of 26 U.S.C. § 42 – and the corresponding application process therein – is the gravamen of Plaintiffs' Complaint and the central dispute of this case.  Thus, this case necessarily presents a federal question pursuant to 28 U.S.C. § 1331 sufficient for this Court to exercise federal subject matter jurisdiction.

12.     If any question arises as to the propriety of the removal of this action, Defendants request the opportunity to brief any disputed issues and to present oral argument in support of their position that this case is properly removable.

13.     Defendants will give written notice of the filing of this Notice of Removal to Plaintiffs, and a copy of this Notice will be filed with the Hennepin County District Court, State of Minnesota, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants hereby remove this action from the Hennepin County District Court, State of Minnesota to the United States District Court for the District of Minnesota.

Dated:  March 5, 2021

WINTHROP & WEINSTINE, P.A.

By: *s/Matthew R. McBride*
    Thomas H. Boyd, #0200517
    Matthew R. McBride, #0261981
    Quin C. Seiler, #0396699
    Olivia M. Cooper, #0398322

225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400
tboyd@winthrop.com
mmcbride@winthrop.com
qseiler@winthrop.com
ocooper@winthrop.com

21335778v2